```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
```

ESTATE OF DON RUST, GAIL RUST, and
JOHN RUST,

          Plaintiffs,

          Case No. 22-CV-916

v.

          Waukesha County Case No. 2022CV000675

EA-EUROP ASSISTANCE AND
GGA-GENERALI GLOBAL ASSISTANCE
and TRIP MATE, INC.,

          Defendants.

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that the party incorrectly designated as Defendant EA-Europ Assistance and GGA-Generali Global Assistance ("Generali"), by its undersigned counsel, hereby removes this action to the United States District Court for the Eastern District of Wisconsin. The grounds for removal are:

    1.    Plaintiffs Estate of Don Rust, Gail Rust, and John Rust commenced this action on May 16, 2022 in the Circuit Court for Waukesha County, Wisconsin, as Case No. 2022CV000675. Plaintiffs did not serve Generali with a copy of the Summons and Complaint.

    2.    Plaintiffs then filed an Amended Summons and Amended Complaint on July 7, 2022.

    3.    Generali was served with a copy of the Amended Summons and Amended Complaint on July 11, 2022.

1

4. Thirty days have not yet expired since Generali received a copy of the Amended Complaint.

5. True and correct copies of the Amended Summons and Amended Complaint are attached to this notice as Exhibit A. No other process, order, or other pleading in this action has been received to date by Generali.

6. Generali is informed and alleges that Defendant Trip Mate, Inc. ("Trip Mate"), which is also represented by undersigned counsel, consents to the removal of this action.

7. This Court has original jurisdiction over this action under 28 U.S.C. § 1332 based upon diversity of citizenship of the parties and the amount in controversy.

8. The action concerns the alleged nonpayment of medical bills pursuant to an insurance policy. The medical bills in question – which have in fact been paid – totaled more than $75,000. In addition to such amounts, Plaintiffs seek recovery of attorneys' fees and punitive damages.

9. With respect to diversity of citizenship, Generali states as follows:

   a. Upon information and belief, Plaintiff Estate of Don Rust is the estate of Mr. Don Rust, whom the Amended Complaint alleges was domiciled in the State of Wisconsin. In addition, the Estate of Don Rust has commenced a probate action in Wisconsin through Ms. Gail Rust as personal representative. Upon information and belief, the Estate of Don Rust is a citizen of Wisconsin for purposes of diversity jurisdiction.

    b.       The Amended Complaint alleges that Plaintiff Gail Rust resides in the State of Wisconsin. Upon information and belief, Ms. Gail Rust is domiciled in and a citizen of Wisconsin for purposes of diversity jurisdiction.

    c.       The Amended Complaint alleges that Plaintiff John Rust resides in the State of Maryland. Upon information and belief, Mr. John Rust is domiciled in and a citizen of Maryland for purposes of diversity jurisdiction.

    d.       Defendant Generali is a corporation incorporated under the laws of the State of New York, with a principal place of business in the District of Columbia.

    e.       Defendant Trip Mate is a corporation incorporated under the laws of the State of Kansas, with a principal place of business in Missouri.

10.    Accordingly, this case may be removed to this Court pursuant to 28 U.S.C. §§ 1332(a) and 1441(a) because it is a civil action that arises between citizens of different states and the amount in controversy is over $75,000.

11.    As of this date, Generali has not filed any responsive pleading in this action in Waukesha County Circuit Court. Pursuant to Fed. R. Civ. P. 81(c)(2), Generali and Trip Mate will answer or otherwise respond within seven (7) days after the Notice of Removal is filed.

12.    Pursuant to 28 U.S.C. § 1446(d), Generali will promptly file a copy of this Notice of Removal with the Clerk of Courts for Waukesha County Circuit Court, and will give written notice of the filing to Plaintiffs.

Dated: August 10, 2022        **DEWITT LLP**

By:    s/ *Shannon A. Allen*
      Shannon A. Allen (#1024558)
      13845 Bishop's Dr. Suite 300
      Brookfield, WI 53005-6617
      (262) 754-2870
      saa@dewittllp.com

      Deborah C. Meiners (#1074114)
      Two East Mifflin Street, Suite 600
      Madison, WI 53703-2865
      608-255-8891
      dcm@dewittllp.com

      **ATTORNEYS FOR DEFENDANTS**

4

Case 2:22-cv-00916-SCD    Filed 08/10/22    Page 4 of 4    Document 1