Case 2022CV000675　　Document 6　　Filed 07-07-2022　　Page 1 of 7

FILED
07-07-2022
Clerk of Circuit Court
Waukesha County
2022CV000675

TATE OF WISCONSIN　　CIRCUIT COURT　　WAUKESHA COUNTY

ESTATE OF DON RUST,
3201B Cedar Hollow Court
Waukesha, Wisconsin 53188,

and

GAIL RUST,
3201B Cedar Hollow Court
Waukesha, Wisconsin 53188,

and

JOHN RUST,
106 Park Valley Road
Silver Spring, Maryland 20910,

　　　　　　　　　　　　　　　　　Plaintiffs,

vs.

Case No. 22-CV-675
Case Code: 30303

EA-EUROP ASSISTANCE AND GGA-
GENERALI GLOBAL ASSISTANCE,
7 World Trade Center, 33rd Floor,
250 Greenwich Street
New York, New York 10007,

and

TRIP MATE, INC.,
9225 Ward Parkway #2
Kansas City, Missouri 64114,

　　　　　　　　　　　　　　　　　Defendants.

## AMENDED SUMMONS

THE STATE OF WISCONSIN, to the above-named defendant:

　　You are hereby notified that the plaintiffs named above has filed a lawsuit or other legal action against you. The complaint, which is attached, states the nature and basis of the legal action.

**EXHIBIT A**

Within forty-five (45) days of receiving this summons, you must respond with a written answer, as that term is used in Chapter 802 of the Wisconsin Statutes, to the complaint. The Court may reject or disregard an answer that does not follow the requirements of the statutes. The answer must be sent or delivered to the Court, whose address is Waukesha County Courthouse, 515 West Moreland Boulevard, Waukesha Wisconsin 53188 **AND** to MAYER, GRAFF & WALLACE LLP, plaintiffs' attorneys, whose address is 1425 Memorial Drive, Suite B, Manitowoc, Wisconsin 54220. You may have an attorney help or represent you. If you do not provide a proper answer within forty-five (45) days, the Court may grant judgment against you for the award of money or other legal action requested in the complaint, and you may lose your right to object to anything that is or may be incorrect in the complaint. A judgment may be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future, and may also be enforced by garnishment or seizure of property.

Dated this 7th day of July, 2022.

                MAYER, GRAFF & WALLACE, LLP

             *Electronically signed by Justin F. Wallace*
       By: _____
             Justin F. Wallace
             State Bar No. 1069331
             Attorneys for Plaintiffs, Estate of Don Rust,
             Gail Rust, and John Rust

Mailing Address
1425 Memorial Drive, Suite B
Manitowoc, WI 54220
920-683-5800 Telephone
1-800-465-1031 Facsimile
jwallace@mgwlawwi.com

| | |
|---|---|
| STATE OF WISCONSIN   CIRCUIT COURT   WAUKESHA COUNTY | |

ESTATE OF DON RUST,
3201B Cedar Hollow Court
Waukesha, Wisconsin 53188,

and

GAIL RUST,
3201B Cedar Hollow Court
Waukesha, Wisconsin 53188,

and

JOHN RUST,
106 Park Valley Road
Silver Spring, Maryland 20910,

                        Plaintiffs,

vs.                                                 Case No. 22-CV-675
                                                 Case Code: 30303

EA-EUROP ASSISTANCE AND GGA-
GENERALI GLOBAL ASSISTANCE,
7 World Trade Center, 33rd Floor,
250 Greenwich Street
New York, New York 10007,

and

TRIP MATE, INC.,
9225 Ward Parkway #2
Kansas City, Missouri 64114,

                        Defendants.

## AMENDED COMPLAINT

NOW COMES the plaintiffs, Estate of Don Rust, Gail Rust, and John Rust, by their attorneys, Mayer, Graff & Wallace LLP, and hereby provide the following factual and legal allegations against the defendant:

## PARTIES

1.  The plaintiff, Donald Rust, was an adult resident of the State of Wisconsin domiciled at 3201B Cedar Hollow Court, Waukesha, Wisconsin 53188.

2.  The defendant, Generali, is and was at all relevant times a New York insurance company licensed to do business in the State of Wisconsin with its principal place of business located at 7 World Trade Center, 33rd Floor, 250 Greenwich Street, New York, New York 10007 and registered agent for service of process Corporation Service Company 8040 Excelsior Drive, Suite 400, Madison, Wisconsin 53717.

3.  At all relevant times Generali issued a policy of insurance to Donald Rust for travel insurance which included coverage for travel-related expenditures including, but not limited to, medical care and emergency assistance and transportation.

4.  The defendant, Trip Mate, Inc., is and was at all relevant times a Kansas corporation with its principal place of business located at 9225 Ward Parkway #2, Kansas City, Missouri 64114 and registered agent for service of process CSC-Lawyers Incorporating Service Company, 221 Bolivar Street, Jefferson City, Missouri 65101.

5.  Upon information and belief, Trip Mate is a third-party administrator which handled Donald Rust's claim and worked with and/or on behalf of Generali.

## GENERAL ALLEGATIONS

6.  On or about October 29, 2021, Donald Rust was hospitalized at St. Joseph's Hospital in Lyon, France while on vacation. He remained hospitalized until his death on November 14, 2021.

7.　As a result of Donald Rust's hospitalization, he incurred substantial medical bills in France.

8.　During and subsequent to Donald Rust's hospitalization, his wife, Gail Rust, and son, John Rust, kept Generali apprised of Donald Rust's hospitalization and requested payment of the bills pursuant to the policy.

9.　Generali has refused to pay the medical bills despite numerous attempts both by Plaintiff's representatives and by counsel to encourage same.

### FIRST CAUSE OF ACTION- BREACH OF CONTRACT

10.　Generali's insurance policy was and is a valid and binding contract between the parties.

11.　Generali's policy contained certain express and implied obligations, including that they will cover medical care and including a duty to promptly and timely pay every insurance claim. See Poling v. Wisconsin Physicians Serv., 120 Wis. 2d 603, 612, 357 N.W.2d 293, 298 (Ct. App. 1984) (stating Wis. Stat. § 628.46 "is an additional provision of the insurance contract incorporated into it by operation of law.").

12.　"A delay in paying benefits may constitute a breach of contract if the delay is unreasonable." Christopherson v. Am. Strategic Ins. Corp., No. 19-CV-202-JPS, 2020 WL 5117991, at *5 (E.D. Wis. Aug. 31, 2020) (citing Racine Cty. v. Oracular Milwaukee, Inc., 781 N.W.2d 88, 97 n.8 (Wis. 2010) (explaining that that there is a duty to perform contracts with "reasonable expedience.") (quoting Milwaukee Cold Storage Co. v. York Corp., 3 Wis.2d 13, 87 N.W.2d 505, 511 (1958)).

13. At all relevant times, Donald Rust substantially complied with all terms and conditions within the policy.

14. Despite Donald Rust's cooperation and compliance, Generali has failed to pay the claims for medical coverage for his October 29th through November 14, 2021.

15. Generali's failure to pay the claim and failure to pay in a timely manner constitute a breach of the contract.

### SECOND CAUSE OF ACTION- BAD FAITH

16. Generali's insurance policy contained certain express and implied obligations, including a duty of good faith and fair dealing.

17. Generali breached its obligation of good faith by acknowledging its liability for the medical coverage but failing to make such payments.

18. Generali has no reasonable basis to delay or fail to make payment on the claim.

19. Generali has acted with reckless disregard of their duty towards their insured.

20. As a direct and proximate result of Generali's bad faith, Rust is entitled to recover all benefits due and owing under the policy, all other compensatory or pecuniary losses, attorney fees and costs, and punitive damages.

WHEREFORE, Plaintiffs demand judgment against Defendants as follows:

A. For payment of the medical claims incurred by Donald Rust;
B. For all other damage sustained by Plaintiff as a result of Defendant's breach of the policy;
C. For statutory interest on any unpaid and/or overdue portion of the claim, pursuant to Wis. Stat. § 628.46;
D. For litigation and investigation costs, including reasonable attorney fees;
E. For punitive damages; and
F. For all other relief this Court deems just and proper, including the costs and disbursements of this proceeding.

### PLAINTIFFS DEMAND A TRIAL BY JURY OF 12 PERSONS

Dated this 7th day of July, 2022.

                              MAYER, GRAFF & WALLACE, LLP

By: *Electronically signed by Justin F. Wallace*

      Justin F. Wallace
      State Bar No. 1069331
      Attorneys for Plaintiffs, Estate of Don Rust,
      Gail Rust, and John Rust

<u>Mailing Address</u>
1425 Memorial Drive, Suite B
Manitowoc, WI 54220
920-683-5800 Telephone
1-800-465-1031 Facsimile
jwallace@mgwlawwi.com

5



1425 Memorial Drive, Suite B
Manitowoc, WI 54220



Ea-Europ Assistance and Gga-
Generali Global Assistance
c/o Registered Agent Corporation Service Coompany
8040 Excelsior Drive, Suite 400
Madison, WI 53717

53717-291500