UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ESTATE OF DON RUST, GAIL RUST, and
JOHN RUST,

        Plaintiffs,

v.                                          Case No. 2:22-cv-00916-SCD

EA-EUROP ASSISTANCE AND
GGA-GENERALI GLOBAL ASSISTANCE
and TRIP MATE, INC.,

        Defendants.

---

## STIPULATION FOR DISMISSAL

---

It is hereby stipulated between Plaintiffs, Estate of Don Rust, Gail Rust, and John Rust, and Defendants, EA-Europ Assistance and GGA-Generali Global Assistance and Trip Mate, Inc., by their respective undersigned attorneys, that the above-captioned action shall be dismissed with prejudice and without costs or fees to any party.

Dated this 2nd day of September, 2022.

        **MAYER, GRAFF & WALLACE, LLP**

        By:   *Electronically signed by Justin F. Wallace*
               Justin F. Wallace (#1069331)
               1425 Memorial Drive, Suite B
               Manitowoc, WI   54220
               920-683-5800
               jwallace@mgwlawwi.com
               **Attorneys for Plaintiffs**

Dated this 2nd day of September, 2022.

        **DEWITT LLP**

        By:  *Electronically signed by Deborah C. Meiners*
               Deborah C. Meiners (#1074114)
               Two East Mifflin Street, Suite 600
               Madison, WI   53703-2865
               608-255-8891
               dcm@dewittllp.com
               **Attorneys for Defendants**